IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MOHAMAD HISHMEH <br> and EMAN F. HISHMEH, <br> *Plaintiffs*, <br><br> V. <br><br> ALLSTATE VEHICLE AND PROPERTY <br> INSURANCE COMPANY, <br> *Defendant(s)* | § § § § § § § § § § | CIVIL ACTION NO. 4:23-cv-00208 <br> (JURY) |

## MOTION TO DISMISS WITH PREJUDICE

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

COMES NOW, Plaintiffs, Mohamad Hishmeh and Eman Hishmeh, and file this *Motion to Dismiss with Prejudice* pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. Plaintiffs voluntarily dismiss with prejudice all claims by Plaintiffs against Defendant in this matter. Defendant has not plead any counter claims against Plaintiffs. Plaintiffs and Defendant agree that all costs will be borne by the party incurring same.

Respectfully submitted,

By: */s/ Michael D. Jack*

Chad T. Wilson
Texas Bar No. 24079587
Southern Bar No. 2246983
Michael D. Jack
Texas Bar No. 24120920
Southern Bar No. 3643101
CHAD T WILSON LAW FIRM PLLC
455 East Medical Center Blvd., Suite 555
Webster, Texas 77598
Telephone: (832) 415-1432
Facsimile: (281) 940-2137
eservice@cwilsonlaw.com
mjack@cwilsonlaw.com
ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF CONFERENCE**

  I hereby certify that on Thursday, May 4, 2023, I conferred with Defendant's counsel regarding the foregoing Motion to Dismiss with Prejudice, and counsel for Defendnat is unopposed.

               */s/ Michael D. Jack*
               Michael D. Jack

**CERTIFICATE OF SERVICE**

  I hereby certify that on Thursday, May 4, 2023, I electronically transmitted this document to the Clerk of Court using the CM/ECF system for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to defendant(s) counsel of record.

Brenda Owoeye
Lisa Chastain & Associates
P.O. Box 655441
Dallas, Texas 75265
Telephone: (713) 336-2825
Facsimile: (877) 684-4165
houstonlegal@allstate.com

ATTORNEY FOR DEFENDANT
ALLSTATE TEXAS LLOYDS

               */s/ Michael D. Jack*
               Michael D. Jack