United States District Court
Southern District of Texas
**ENTERED**
May 08, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MOHAMAD HISHMEH §<br>and EMAN F. HISHMEH, §<br>    *Plaintiffs*, §<br>§<br>V. §<br>§<br>ALLSTATE VEHICLE AND PROPERTY §<br>INSURANCE COMPANY, §<br>    *Defendant(s)* § | CIVIL ACTION NO. 4:23-cv-00208<br>(JURY) |

## ORDER OF DISMISSAL

The Court, having reviewed the *Motion to Dismiss with Prejudice* submitted by Plaintiffs, and for good cause shown, hereby GRANTS the *Motoin to Dismiss with Prejudice* in its entirety.

IT IS, THEREFORE, ORDERED that the above-captioned lawsuit (together with all claims and counterclaims asserted therein by or against any party to this lawsuit) is hereby DISMISSED with prejudice; that no party to the lawsuit shall be taxed any costs or fees in connection with this lawsuit or this order; and that the Clerk of the Court is directed to close this case in due course.

**IT IS SO ORDERED,**

**SIGNED** at Houston, Texas on this the 4th of May, 2023.

_____
JUDGE PRESIDING